In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Land for the Establishment of a Public Beach in the Borough of Queens.

METRO INVESTING AND CREDIT CORPORATION et al., Appellants; HARRY LAMBROS, Respondent.

Argued April 22, 1937; decided May 25, 1937.

*Leo B. Mittelman, A. Joseph Geist, Isaac Katz* and *Charles Lamb* for Metro Investing and Credit Corporation et al., appellants.

*F. Campbell Good* for Harry Lambros, respondent.

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Reuben Levy* of counsel), for City of New York, respondent.

Appeal as to the City of New York dismissed, with costs; otherwise order affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.